UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT ADAMS,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | No. CV-10-0224-RHW<br><br>**ORDER ENTERING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' joint stipulation to dismiss this action, with prejudice and without costs or attorneys' fees. (ECF No. 159) The stipulation is hereby **ENTERED**, all pending motions **DENIED**, as moot, and the action **DISMISSED** with prejudice. FED. R. CIV. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and close the file.

**DATED** this 28th day of August, 2012.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

**ORDER DISMISSING ACTION** * 1

dismissal.ord.wpd